UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHALEEN HARRIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:07CV220 CDP |
| KENNY WILKES, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This case was removed from state court yesterday. The removing defendant states that the allegations brought against him are similar to those brought by the same plaintiff in Case No. 4:06CV463CDP. I agree and believe that these two cases should be consolidated and governed by the Case Management Order already issued in Case No. 4:06CV463CDP. If plaintiff disagrees, she must file a statement with the Court, no later than **February 9, 2007**, explaining why she believes these cases should not be consolidated. If the plaintiff thinks a conference should be held on this matter, she can request one by **February 9, 2007**. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall show cause in writing, by **February 9, 2007**, why this action should not be consolidated with Case No. 4:06CV463CDP.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of January, 2007.

Dockets.Justia.com